IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO RODRIQUEZ, JR.,<br><br>Defendant. | CR 16-119-BLG-SPW-3<br><br>**ORDER** |

On February 10, 2010, the indictment in this matter was dismissed with prejudice. (Doc. 53.) Accordingly, the arrest warrant issued on December 22, 2016 for Francisco Rodriguez, Jr. is QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 11th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge